

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-20-00480-CR

Derek **ALEXANDER,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR2627
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's motions requesting extensions of time to file his brief are GRANTED. Appellant's brief was filed on **February 10, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court